AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2026

SEAN F. McAVOY, CLERK

GIOVANNI A. POWELL, SR.                )
_____          )
*Plaintiff*                            )
v.                                     )     Civil Action No.   4:25-cv-5136-EFS
WASHINGTON STATE DEPARTMENT OF         )
CHILDREN, YOUTH, AND FAMILIES, RACHEL  )
GRIGGS, BRANDY WEST, and               )
ELIZABETH JIMENEZ                      
_____          
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's First Amended Complaint, ECF No. 7, is DISMISSED WITH PREJUDICE as time-barred.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    EDWARD F. SHEA _____

Date:   3/27/2026 _____          *CLERK OF COURT*

                                            s/Sean F. McAvoy
                                            _____
                                            *Signature of Clerk*